| | |
|---|---|
| 1 | RACHEL C. HERNANDEZ |
| 2 | Acting United States Attorney<br>District of Arizona |
| 3 | MATTHEW G. ELTRINGHAM<br>Assistant U.S. Attorney |
| 4 | United States Courthouse<br>405 W. Congress Street, Suite 4800 |
| 5 | Tucson, Arizona 85701<br>Telephone: 520-620-7300 |
| 6 | Email: matthew.eltringham@usdoj.gov<br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In re:<br><br>Non-Judicial Civil Forfeiture Proceeding involving the seizure of $12,447 in United States currency and a 2018 Nissan Altima, VIN: 1N4AL3AP2JC178779. | MISC NO.<br><br>UNITED STATES' MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE |
|---|---|

The United States of America, by and through its undersigned attorneys, hereby moves for an Order to extend the time by 30 days in which the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture.

On October 22, 2024, Customs and Border Protection ("CBP") agents seized $12,447 in United States currency and a 2018 Nissan Altima, VIN: 1N4AL3AP2JC178779 at the time of the seizure ("seized assets"). Notice of administrative forfeiture was subsequently sent out as required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.

On November 8, 2024, through December 8, 2024, CBP published the seized assets on an official internet government website (www.forfeiture.gov).

On November 22, 2024, Ayline D. Ochoa Orozco, by and through her attorney, Corey A. Simon filed a claim with CBP. Ms. Ochoa Orozco ("Claimant") has agreed to this 30-day extension.

As provided in Title 18, United States Code, Section 983(a)(3)(A)-(C), the Government desires to extend the time by 30 days in which the United States is required to file a complaint for forfeiture against the seized assets and/or obtain an indictment alleging that the property is subject to forfeiture. The Government and Claimant are attempting to resolve this matter before the Government needs to file a judicial action for forfeiture against the seized assets. The current 90-day deadline in which to file a complaint for forfeiture is February 20, 2025.

The government requests the new deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture shall be extended to March 22, 2025.

Until the United States files a complaint for forfeiture against the property and/or obtains an indictment alleging that the property is subject to forfeiture, or until March 22, 2025, whichever occurs first, the property shall remain in the custody of the United States.

Respectfully submitted this 18th day of February, 2025.

>RACHEL C. HERNANDEZ
>Acting United States Attorney
>District of Arizona
>
>*s/ Matthew G. Eltringham*
>MATTHEW G. ELTRINGHAM
>Assistant United States Attorney